RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jontue Mack

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JONTUE MACK,<br><br>            Defendant. | Case No. 2:12-cr-186-APG-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Jontue Mack, that the Revocation Hearing currently scheduled on May 27, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

   This Stipulation is entered into for the following reasons:

   1.   The government has indicated to undersigned counsel that it may be indicting Mr. Mack or seeking a complaint on additional charges that are related to the violations in the pending petition.

2. Given the possible new charges, defense request that this matter be continued to allow time to review the potential new charges with the defendant and explore whether a global resolution can be reached.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26 day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Lisa Cartier-Giroux*<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONTUE MACK,<br><br>　　　　Defendant. | Case No. 2:12-cr-186-APG-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 27, 2020 at 3:00 p.m., be vacated and continued to August 26, 2020 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 26th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3