# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00186-APG-VCF |
| vs. | **ORDER** |
| JONTUE MACK, | |
| Defendant. | |

On June 8, 2020, Heidi Ojeda, appointed counsel submitted a Motion to Withdraw as Counsel. (ECF No. 148).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 148) is GRANTED.

The CJA Administrator is directed to assign new defense counsel to represent Defendant Jontue Mack.

The Federal Public Defender is directed to transfer Defendant Jontue Mack's file to new counsel forthwith after order appointing new counsel is entered.

The clerk's office is directed to send a copy of this order to the CJA administrator.

DATED this 9th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE