Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
JONTUE MACK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>JONTUE MACK<br>        Defendant. | CASE NO.: 2:12-cr-00186-APG-VCF<br><br>STIPULATION TO CONTINUE REVOCATION HEARING<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Jennifer Oxley, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Counsel for Defendant JONTUE MACK, that the Revocation Hearing currently scheduled for August 26, 2020 at 1:00 p.m. be vacated and reset to a date and time convenient to the court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not object to the continuance.

2. Counsel for the United States has no objection to the continuance.

3. Denial of this request for continuance could result in a miscarriage justice.

4. Defense needs additional time to investigate, review discovery, and explore potential resolutions.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current revocation hearing date.

1  This is the second request for continuance filed herein.

2  DATED: August 21, 2020.

3

4    */s/ Jennifer Oxley*                                */s/ Maysoun Fletcher*
   ***Jennifer Oxley, Esq.***                  ***Maysoun Fletcher, Esq.***
5  Assistant United States Attorney     5510 South Fort Apache Road
   501 Las Vegas Boulevard South #500  Las Vegas, Nevada 89148
6  Las Vegas, Nevada 89101              Attorney for Defendant, Jontue Mack

2

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
JONTUE MACK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JONTUE MACK,<br>　　　　Defendant | CASE NO.: 2:12-cr-00186-APG-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 26, 2020 at 1:00 p.m., be vacated and continued to October 7, 2020, at 2:00 p.m. in Courtroom 6C.

　　　IT IS SO ORDERED.

　　　DATED this 21st day of August, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

3