Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
JONTUE MACK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JONTUE MACK<br>　　　　Defendant. | CASE NO.: 2:12-cr-00186-APG-VCF<br><br>CASE NO.: 2:16-cr-00351-APG-VCF<br><br>CASE NO.: 2:20-cr-00105-APG-VCF<br><br>STIPULATION TO CONTINUE COMBINED REVOCATION HEARINGS AND SENTENCING |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Jennifer Oxley, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Counsel for Defendant JONTUE MACK, that the combined Revocations Hearings in Case Numbers 2:12-cr-00186 and 2:16-cr-00351 and Sentencing Hearing in Case Number 2:20-cr-00105 currently scheduled for February 3, 2021 at 1:00 p.m. be vacated and reset to a date and time convenient to the court, but no earlier than three weeks.

This Stipulation is entered into for the following reasons:

　　　　1.　　The defendant is in custody and does not object to the continuance.

　　　　2.　　Counsel for the United States has no objection to the continuance.

　　　　3.　　Denial of this request for continuance could result in a miscarriage justice.

　　　　4.　　Defense needs additional time to investigate and prepare for the combined hearings.

　　　　5.　　This is the 4th request for continuance in Case Numbers 2:12-cr-00186 and 2:16-cr-00351. This is the 2nd request for continuance in Case Number 2:20-cr-00105.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current revocation and sentencing hearing date.

DATED: January 25, 2021

| | |
|---|---|
| */s/ Jennifer Oxley* | */s/ Maysoun Fletcher* |
| **Jennifer Oxley, Esq.** | **Maysoun Fletcher, Esq.** |
| Assistant United States Attorney | 5510 South Fort Apache Road |
| 501 Las Vegas Boulevard South #1100 | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89101 | Attorney for Defendant, Jontue Mack |

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
JONTUE MACK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JONTUE MACK,<br>　　　　　Defendant | CASE NO.: 2:12-cr-00186-APG-VCF<br><br>CASE NO.: 2:16-cr-00351-APG-VCF<br><br>CASE NO.: 2:20-cr-00105-APG-VCF<br><br>**FINDINGS OF FACT** |

　　　　Based upon the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

　　　　1.　　The defendant is in custody and does not object to the continuance.

　　　　2.　　Counsel for the United States has no objection to the continuance.

　　　　3.　　Denial of this request for continuance could result in a miscarriage justice.

　　　　4.　　Defense needs additional time to investigate and prepare for the combined hearings.

　　　　5.　　This is the 4th request for continuance in Case Numbers 2:12-cr-00186 and 2:16-cr-00351. This is the 2nd request for continuance in Case Number 2:20-cr-00105.

　　　　6.　　For all the above-stated reasons, the ends of justice would best be served by a continuance of the current revocation and sentencing hearing date.

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS THEREFORE ORDERED that the combined revocation hearing for Case Numbers 2:12-cr-00186-APG-VCF and 2:16-cr-00351-APG-VCF and Sentencing hearing for Case Number 2:20-cr-00105-APG-VCF currently scheduled for February 3, 2021 at 1:00 p.m., be vacated and continued to March 3, 2021, at 3:00 p.m.

IT IS SO ORDERED.

DATED this 26th day of January, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE